[No. 21555-1-II.    Division Two.    April 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE TRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03657-1, Marywave Van Deren, J., entered January 6, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 21592-6-II.    Division Two.    April 10, 1998.]

GREGORY J. BUGNI, ET AL., *Appellants*, v. THE BOEING CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-07586-5, Nile E. Aubrey, J., entered January 24, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 21947-6-II.    Division Two.    April 10, 1998.]

VERLA BURK, *Appellant*, v. FRANCISCAN HEALTH SYSTEM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07846-3, Frederick W. Fleming, J., entered April 4, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 38224-1-I.    Division One.    April 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ANTHONY PAULINKONIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03760-3, Steven G. Scott, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Cox, JJ.